Good morning, your honors and business experts. I'm Jeremy Friedman, counsel for the later Max Bennett. Thank you for the opportunity to present this important article of this meeting. I'm seeking five minutes of my time to the United States as an amicus, and I'd like to try to reserve four minutes for a rebuttal. And as I say, that's what I'm here to do. This is a free reading. It's not an awarding. But I'll let Jeremy go ahead and do what he has to do. I'm going to try to keep to the time. All right. The question on this appeal is whether the government's partially intervented in the relator Sam's case for purposes of settling covered conduct claims. Bars the relator Bennett's subsequent suit on non-covered conduct claims. And there are two separate issues on this question. The first has to do with timing. Does the government bar, actually bar, does it continue after the government action has been dismissed? And the second question has to do with the limited intervention of the government in Sam's. If the government intervened in Sam's only to settle or amend the covered conduct claims, does that trigger the bar on non-covered conduct claims? I also listened to your earlier question from Mr. Hummel, but I had never heard of this concept of a partial intervention. I mean, either you're in or you're out. There's a party to the action. And it seems to me that once the government became a party to this lawsuit, whether a portion of it got settled or there was an interrogatory appeal on an issue that the government didn't care about, the government is still, for all time, a party. I mean, otherwise, it wouldn't have any standing to come back after the judgment being reopened under Rule 681. For whatever reason, it might seem to me, actually. Could you address this, Mr. Hummel? Yes, sir. There are common, it's very common in personal intervention and partial settlements is false claims and cases. And that's essentially because the false claims and cases are one case might include many different causes of action or many different claims. And there's a jurisdictional bar on some of those claims. It's a new court's bill. You don't bar all of the claims that might be joined in a suit. You only bar the claims that are in regard to Mr. Sand. You know what I'm saying? In other words, the settlement and releases to Mr. Sand was what I would call a political release for all claims that you might now or in the  That's right. That's a very important point. I think those two issues I'd like to raise on this, personal intervention and partial settlement question. The first has to do with Mr. Sand settled all claims. And it has to do with when you're a defendant in a false claim case and you want to settle the case. There's different roads you have to take. If the government has not intervened with the defendant, the false claim defendant only needs to negotiate with the government. The government's proceeding with the case. And if the government agrees to the settlement, there's a settlement. If the regulator doesn't like the settlement, the regulator can't file an objection. If the government does not intervene on all of the claims, then the defendant, iotronic, for example, has to go through two routes. They're both simultaneous routes, but they're parallel. In the first instance, iotronic wants to settle all of the false claims in that case. But the key time relater, he has to agree just to offer enough money to the government to get the relater's agreement to dismiss all of those claims. That's what Samson and iotronic did. iotronic wanted the settlement of all of those claims. And the government had to investigate all of those claims. That's true. The government has a process where they investigate and they choose whether you intervene or not intervene. And that's been four years, right? And they interview witnesses and they'll be produced documents. There were interviews of a couple dozen witnesses. That's true, Your Honor. But the government's decision to not intervene doesn't mean that the government doesn't do things better. There's a lot of authors' reasons why the government may not allow the relater to go forward. And there's a reason why the government may decide not to join and not to settle. The non-covered conduct claims, if you leave those open for a better relater like Mr. Linden, who can come along later. So, but if the government, if the relater, if the defendant wants to settle with the relater in a not-intervening case. And there were later that, as I read, the claims were almost identical. This is a question of proofs to support the claim that the company essentially was engaged in universal crime or independent incestual device. And the government will kick back to whatever you want to call it, to the non-covered claim. That was just both of Mr. Sand and Mr. Linden's theory of liability within the two years. They had similar theories, but they didn't, they weren't the same relaters. They each had their own different knowledge base. This is interesting. There's different witnesses to the wrongdoing, but it's the same crime, right? The question is, is the relaters really giving an equal claim on behalf of the government and himself? If Biotronic wants to reach a settlement with Sand on the Keetina claims like it did, it can dismiss all of the Keetina claims. But Linden has to go to the government separately to negotiate a waiver of the government's claims. And Sand doesn't play a role in that. Sand does not play a role. I mean, there were different children's figure amount of communication, 26 hours of maternity time. God knows how many e-mails there's between the lawyers for Sand and Bennett on various aspects. I'm assuming information strategy, the terms of the settlement. I don't think it's regulatory, Your Honor. When it comes to false claims and cases, it's up to Biotronic, the defendant, to negotiate the waiver of the government. The relater does not play a role. So in this case, I think we have to show that's not the right argument. I think it's not as hard as you're accepting their representation, which is, I mean, clearly the two individual relaters were working in concert with regard to the ultimate resolution of the case. Why else would the government have carved out, in its horrible, I mean, to me that bespeaks a defendant trying to protect his rights, so that Sand's settlement doesn't step all over Bennett's ability under the government action bar to pursue his lawsuit. Sand actually cannot be a bar to Bennett's action unless there's a waiver of the government. If the government decides not to waive those claims, Bennett or anybody else can bring those claims. Sand's agreed to a settlement of his KTM claims, but the government's claims on the false claims act remained open, so that Bennett, who had more information, better information, and a better position to litigate the Sand clinical studies, could come forward. Was there any other question about that? I'm not sure if that's the case. I'm not sure if that's the case. Well, Your Honor, this is a question on such depression. So, but you can look at it, and in addition, we did a lot of work on the various cases, and so, when they use a present tense verb, and it needs a present tense component to that, is your question. Yes, Your Honor, we did see it, that there was established in the KTM clinical studies. True, as to that, Your Honor, from the moment that that allegation was made, that the government intervened. The government did not intervene on the Sand clinical studies case. It did not intervene on those claims. And if I could draw that court's attention to a point, point out to you something in the record, which says the government intervenes only on certain claims and not on other claims. Yes. Because the statute says, it substantiates when you say that allegations or transactions as alleged to the action, or alleged to the transaction, openly or publicly disclosed, in the federal, civil, or administrative area, in which the government is the party, then it does. No, Your Honor, the government did not intervene on those, to the record, Your Honor, to the record, in the judgment of dismissal and in the intervention. The government made it clear that they were not intervening on the non-covered conduct claims, and that these were dismissed without questions. What the rule here would do, if you adopt the rule that the district court adopts, the government would never be able to partially settle and allow another day. There would never be an abandonment of a claim that would allow somebody to follow up. Your Honor, I would like you to cite me as some portion of the record, which states expressly that the government has not intervened on the non-covered claims. Yes, Your Honor. The non-covered claims. Yes, Your Honor. And what you say is that they don't intervene as a claim, and the government is not a party to that claim. Yes, Your Honor. In fact, this is one step back, Your Honor. In the Everglades College case, that was cited in the supplemental briefs, in that, it was the 11th Circuit in May of 2017, it said that when you intervene for purposes of settlement, when the government intervenes for purposes of settlement, it's not to conceal a claim, it's to end it. And so, therefore, the planning was all the time and effort that the government has put into investigating the claim. Your Honor, the investigation of the claim is not what's at issue. What's at issue is this intervention and settlement that the government. If we buy this theory of partial intervention, which I'm still having a difficult time accepting, I mean, it just seems to me it's a straight question of, is the government in or is the government out? And if they choose to settle the case by resolving part of the case, it doesn't split the case into two cases. It's just the government acknowledging as, I'm pretty sure you can do, you know, we don't have to proceed on these other causes of intervention. We'll settle the case by settling these claims. I understand that you're concerned, Your Honor, but it is one of a lot of substance. And the reason why is because in most of the decades, especially the claims, some claims may be barred, and some claims may be agreed. And the fact that you combined them all does not mean that the government is imparting, it's not asserting. You know what I mean? The legislative history, the current ones are the 1986 ones. It makes it clear that the reasons that the government actually barred, is to not allow a relator to come forward and assert a claim that the government is already asserting. So if Sam's asserted those claims in the case, and the moment the government intervened, that is not the same thing as the government alleging that he was asserting. Your Honor, I'm going back to Judge Payne's question. If we look at what Mr. Sam's allegations originally planned, if we consider the fact that the government spent four years trying to examine the evidence in support of all those claims, and then looking at the fact that the government settled with Sam's and dismissed his claims, why doesn't that meet the statutory elements for what the courts have called the government in action bar, to preclude Mr. Payne from going forward with a subsequent informative? The government did not settle with Sam. By and large, Sam concedes. And by and large, Sam, with the government not taking a position that they could realistically get involved in the settlement discussions, will say, Your Honor, either can't be right. As I said, when a false conjecture defendant wants to settle, it has two tracks. It has to negotiate a dismissal of the case in that case with the repeater, and it has to negotiate a waiver with the government. Look, it's a tripartite settlement, isn't it? Because the government is intimately involved in Sam's and my negotiations as to how to resolve the case. This case is essentially being brought in the name of the king, right? Okay. And the king is at the table in this case. The king only joined certain claims, but it only joined those claims for purposes of ending it. And the government did not, the king did not join the claims that were dismissed without prejudice. It did not want to resolve those. It made this rulebook different. It would bar the government's ability to purchase facilities to eat for a noonday. That is something that is, I'm sorry to interrupt you. It has to do with the communications between Sam and Bennett, right? No, it had nothing to do with that, Your Honor. You're saying Sam and Bennett had no communications about the terms of the settlement. Sam was negotiating with the ground people. They didn't have, it's in their communications. That's not even the issue, Your Honor. Your Honor, based on the officer's 26 hours worth of meetings, it wasn't even a restaurant down in L.A. that they flew to, to have the meeting. They just flew from New England. So it's pretty clear to me what was going on. Your Honor, whether or not the leaders, the leaders seem to be communicating to each other. They seem to be saying, this is your claim now. I might have an interest in it because I have a serious relationship. Let me ask you this question. If Mr. Bennett had not dismissed the case that he had previously filed before the settlement, yes, he would be barred. He would be barred on the cover of Time.com. But not on the cover of Time.com. Let's hear from you, Your Honor. I love to use the phone all the time, but I'll get you here once in a while, because I have some questions from the studio. Go ahead. Thank you, Your Honor.  I have one. Well, would you take the same position after the settlement that the government is no longer a party to the case? After the case is dismissed. Well, for purposes of the statute, there's a subsegent. We do not quite understand. We do not take the position as whether and essence that you're a member, that you're a party for all purposes versus subsegent. Okay. So then I'll ask my question apathetically regardless to your status as a EPA peer. Let's assume the facts as we have before us. Let's say it gets settled. The case is dismissed. But for some reason, the government later wants to come back and ask the district court to reopen the case. Wouldn't the government be asserting at that point that it was a party in interest to this lawsuit and therefore it had standing to ask the district court under Rule 60 to reopen the judgment? Well, I mean, that's a difficult question. It's a very simple question. I mean, I think the answer has to be yes. Otherwise, the district court would say, it's always nice to see you in court today for any reason. But it's the ordinary force when the case is dismissed. The cases no longer, for purposes of determination, are the cases no longer enacted the way that the language works. It's the allegations of transactions, which are the subject of the lawsuit, which is the case that we're in. But you don't dispute that at the time that the government first looked at this action, I'm assuming Mr. Sampson, the Department of Company, was complying with, I guess, a document that was filed. And then you made a determination to initiate an investigation into some of the patients. You just spent four years looking at the interview notices, looking at documents, meeting with the company. I mean, that's pretty active involvement and litigation. And then ultimately, you enter an appearance in order to resolve a force error, as you say, on the suit. So at that point, why are you, you wouldn't consider that whether there was a charge. Absolutely. Absolutely. The case, the whole idea of the hearing, whether there were actual charges involved, whether there were any disinvolvement, whether there were any infringements. Sure. No other reason to get involved. There's no question about that. That's our position. It refers to a case that's ongoing. And you would agree with Mr. Friedman's concession that had Mr. Brennan dismissed his action, the original action, he would have been barred from refiling or deeming. After the same case was resolved, under the second exemption, he was able to file a lawsuit against the court. So that was part of the decision. So Brennan saved himself from that. He ended up voluntarily dismissing his lawsuit and refiling it after the settlement. Right. Yeah. Just to clarify, let's finish what I was trying to say. We don't take a decision. The merits of this lawsuit, whether there were any other grounds for dismissing the lawsuit, is what we're looking at. So there are six grounds raised by law. And it's referred to this one case. We think it's referred to this one law, which is the term of the statute. Is it that we don't get to use? You were caught in court in 1983. No, not necessarily. No, we're applying the same concept of this. Correct. The concept of that. A soft way of saying yes. No, for a few of the words that I used, but I'm going to give you a modest comment. This is a modest excuse. I'm not going to pay you. That's correct. I'm going to use it. I don't have to read Mr. Garner necessarily as well, very carefully, as it comes to the conclusion that Congress uses the word in one part of the statute and doesn't use the same word in another part of the statute. It means it has a meaning. In this case, the text was trending under 83 and the search trending under 85. How do you square that with our theory of the method of the statute? Well, that's all clear, too, except for the fact that if we look at the language itself, the language is present tense language. There are several Supreme Court cases that state that present tense language means the present or future. The Dixier Act, the extension of Congress, says that present tense means the future, the past, and also there's another factor in this, which is we look at the language as part of the E3, the various parts in which the government is already a party. Now, if you want to include cases in which the government has been a party, that's not a party because the case is over, and that's not an untruthed way of saying it in English. I didn't give you a colloquial example of this. Somebody comes up to you and says, Joe is already at breakfast. You say, I can't be, I saw Joe right out in the hallway right here. He said, no, I meant Joe's already at yesterday's breakfast. We don't talk about that. The use of this already a party necessarily means that the case has to be ongoing. Once we consider that, we can give you another way of looking at it also. It's the overlap between the public disclosure bar and the government action bar. If you look at history, again, this is what's called that McKinney case very carefully. Before 86, you have something that's referred to as the government knowledge bar. It came about that it was too risky, and the Congress made it the public disclosure bar with the exception. And for, of course, the source, you would agree with that. Absolutely. I was just going to say that once you get, I'm the original source and public disclosure bar, and you're a person, you're a public relater, you're not a person, you're a relater, you're still barred under, under government action bar. Now, we understand perfectly well Congress would have wanted you to be barred, non-person related to be barred while the government is litigating. That makes perfect sense because it's the fears with our enforcement of the statute. But it's no reason that you need to continue the bar. Yes, the time when we're done with the litigation, but wasn't Congress concerned about the, I'll call it the piling on of relators in a situation like this, where the allegations have been made by the first relater, and then number two wants to come along after number one has filed his action and make the same allegations and try and go after the defendant for more money. We're talking about a different situation. The district court, I think, was saying a lot of things about the fact that she thought that Mr. Bennett was parasitic. I think what happened in the district court, and you know, it's hard to distinguish at this time, but I think what happened in the district court is the court really thought that Mr. Bennett didn't satisfy the public disclosure original source order. And while the allegations were almost identical, it's a question of each relater identifying a different evidence. It's a question of whether or not Mr. Bennett was using some easier way of getting at the case. You know, setting up a position on whether he satisfies the disclosure order or not. Did the government resolve the same case in a way that it did if it wasn't in order to preserve his permanence? Okay. Well, it was definitely in order to preserve the possibility that other relators with additional knowledge of the related frauds that had been uncovered by the settlement agreement could come forward with information. The frauds that were covered by the settlement agreement were all of the allegations of Mr. Sam's component, were they not? At least as to him, he's barred. Mr. Sam is barred. Absolutely. Mr. Sam is barred. Literary theaters are not barred.  Well, is that carrying on congressional intent? Because it seems to me that one of the, I can understand from a financial standpoint, everybody wants to convince King that he can too. And I hope that maybe they can get more money down the road on a biotonomy one, where you think the number two comes along. But how does that comport with congressional purpose in enacting these bars to prevent sort of seriatim losses and a decampsing? There are two other bars that also could apply. In a particular case, you can have the first file bar, and not the, you can see it as a useless first file. Right. Right. That's what I'm talking about. That's right. Right. And you can have the ultimate disclosure bar. I think that's what I'm asking you, Mr. Miller, is why is, besides the obvious reason, I'm hoping that we might be able to get more money in the future, why is the government conducting itself in this fashion, given a congressional purpose, in enacting these bars? In the first place, it seems to me that the government is inextricably monitoring what Congress is doing. Well, I think the way, you know, we discussed this in our brief, and we talked about the different types of situations in which the government can create the first layer, which is the government-led information, can use fairly good information about one particular flaw, whether it's one contract, one defendant, or, you know, the federal government. So, you know, if you investigate, these were pretty specific allegations. I mean, they were allegations that the Congress won't receive any money by being entertained at expensive restaurants, and that they were being put on medical advisory boards that they don't pay for, but they didn't have to do any work for. I mean, these are pretty, I mean, they are theories of fraud, waste, and abuse. I understand that, but just to clarify, we don't take a position on whether the, Mr.  we don't take a position on whether the benefits of these issues are quite satisfied, and so we're trying to make the court, our position for the court is to use this action as part of why the government is doing anything, but not having to do any work. Let me ask a broader question. I don't know if the section that you work in does more than just KTM cases. It does. Is there any other type of solicitude where the government takes the position that it is partially intervening, and it's only partial, or partial, or any?  the KTM. Just to clarify, we don't take a position on this. This statute talks about the Supreme Civil Suite, and we're simply going to take the position that, you know, that's fairly disappointing. We don't have that position. That's a final position. We don't have that, that dominant intervention,  It is partial intervention, and if you look at the cases like the, the Barack Obama case, this report, this U.S. Supreme Court case, that may be just fun, maybe with a, with a funny bar, a funny lawsuit, a funny bar. But somehow, you know, at which case, I'm sorry, at which case, you didn't do what? Partial intervention. Well, we do that with Marshall. We intervene on some claims, which go to the claims. I think in the context of the false claims, everything that we talk about intervening, it may be filled with different concepts from what that's done, as well as our arrest. I mean, it's, it's, it's partial intervention to the extent that that's a meaningful term at all. Unique, or sui generis, to detail, and action. Well, I think this, this way of doing it, I don't think it's unique. I mean, you should, you should have seen it before. In which case, in which the government is a party to civil litigation, and we get, I mean, the government has lots of different interests, as you know, and lots of different civil cases, but I've never heard them take the position that they only respond in the cases of false claims. Well, yes, they do. I mean, again, I think it may be confusing, what you call jury for a jury, but that's the way it's generally referred to. I mean, it's normal. False claims. I'm just thinking as writing an opinion, this is the reason for such things, partial intervention. So, you put a stop to this, uh, legal fixture that I just don't see as any basis in law. I thought that would be a little bit problematic for us. Well, I think the jury has to emphasize, and I'm trying to take your position to the extreme here, to understand how far you want to push it, really. Yeah, that is on it for you. If I could just get back to it. Sorry, I just hit the phone off. I know I'm over time. That's okay. I just wanted to say, it's just a case, and it's an intriguing issue, just to emphasize, you know, you have, you have the religiously satisfied, the public disclosure board, uh, and are not, uh, irrespective, to their part, nevertheless, because A3, B3, the, the national part, the CCC water, and the public disclosure board, to their part, to follow the case to the ending, but to not be in a statute that suggests that they should continue to be barred, there's no reason for barring them, and therefore, at the time, they're going to be covered by the select committee. And, again, we think that the position of the parents, I'm assuming, on this case, uh, we're, we're concerned out here, so much to think about, with the government's reputation, uh, as many of us know from music, and, uh, Sam brings the charge of saying, uh, Biotronics, uh, uh, took them to dinner expensive places, put them on phony advisory boards, and phony clinical, uh, studies, right, in general. The government intervenes. They find out, and keep that proof, it's the first to the past, the third. But when they intervene, so they say, we're only intervening partially, it's the first, you know, but if, if they found evidence, it's the third one, they would have gone forward on it, wouldn't they? Yes, but, no, it's not ordinary, not necessarily, but, of course, because if he has all claims, then, the investigation on claims falls out, because you didn't give a list of that claim on it, so you can get discovery on that claim, and you can force depositions on that claim, figure out exactly where you did it. The government, the government intervenes, it's the first to the past, it's the first case, it's the third one, not all the investigation is done, but it falls into place, it's the fourth one, the fourth one, the next one. It seems to me, that could be done in a normal, private, or a civil manner, so, but it would require, the formal use of the discovery tools, to submit a regulatory request for the production of documents, and depositions, but the government has broader powers, in terms of its investigative resources, it's doing exactly the same thing, that a party plaintiff, to a case, would do, in order to flush out, the evidence in support of, a sound case. And the government's idea, is to find out where, the fraud actually occurred, and there's legal implications, to the extent, it wants to, enforce it, but the reason I keep listening, at this concept, of partial interventionism, it seems to me, that it is a legal fiction, that may be intended to, the key tabs have to, procedurally, but as a matter of substance, the government is behaving, from the day that it decides, to investigate the matter, as if they already were, a party plaintiff to the lawsuit, even though it has not, formally intervened. Well, there's some, there's some of the Irish, who are involved in, pretty much identical, in terms of trying to figure out, what the facts of the matter are, but it's a different type of thing. Yeah, well, by the way, I understand you're talking about, any good human intent, but the important thing is, the government, by itself, would specify, which claims, in the case, lawsuits, would measure, the solution in response, to the whole country, for somebody else, in the future, and, in Irish history, aren't, it isn't all that different, from, a private party settlement, where, a party plaintiff, says, you know, Rand decides, at the end of the, the story, that I could prove, pretty informative, but I can't, reinforce all that, so. So, if, you know, by the case, you need a functionalist, right, that can do that, there's a functionalist, right, that can do that, and it's a party, and whether or not, they are a party, to a suit, or otherwise, conducting a proceeding, and, when we have the, a public disclosure case, we bar the suits, unless there's nothing to add, when we have a first defile case, we bar the suits, during the pendency, and, the government, and Mr. Bennett, are arguing, that there's no purpose, to having the government action, rule apply, in another fashion, other than, during a temporary, ban, of the suit, but that does not, conform, to the, most important, congressional agenda, here, Congress specifically, recognizes, that there could be opportunism, in the KDMR, and wants, to bar certain action, from going forward, if, if, take this case separate, away from this case, if the government, had acted on its own, and trialed, its own civil suit, under the fossil fuel act, not related to any relator, and yet, come to a conclusion, on the suit, whether through settlement, or trial, and as to have ended, what is the purpose of, bringing in a relator, after the fact, to look at, that suit, that the government, has already done, and, these considerations, just don't go away, because the suit, has been settled, under the relator section, Mr. Bennett, and Everman, argue that, if we interpret the rule, the way that, we've asked, we're trying to get to ask, that the government, will be precluded, from settling suits, the way that it would like to, it would like to, engage in a partial settlement, or, or, with prejudice, or without prejudice, and that's not, our argument, the government, can settle that way, with prejudice, and without prejudice, and should the government, choose to go forward, on the questions, that it is reserved, without prejudice, the government, is in a position, to do so, but, as Congress recognized, we don't need relators, to pick up, on that instance, and practically speaking, if the government, is going to take the time, for four years, and investigate, it's going to, issue, simple investigative demands, it's going to interview, employees, it's going to demand, all of the work product, and, and, time for counsel, responding, to these allegations, then, why do we need, to have, we practically, won't see, government coming back, at a later point in time, and trying to research, those claims. Tell me, why, the, the unit of, dissent, and, white, white, autocratic, wouldn't be very free, to, to settle, on research, why wouldn't, our hypothetical defendants, simply, fall to terms, and say, we want a complete, global release, of all claims, so that we, we don't find ourselves, in a situation, where we are, today, answering, and figuring out, whether there is, any class of forensic, that they are, to pursue. Certainly,  the girl helps speak, a little bit more, to his own policy, on why, it's in this way, that it does, but, to the extent, that the government, is not, including, claims within, or, allegations within, the government conduct, it's in our experience, that they typically, will refuse, to dismiss those, with prejudice, and so, if the parties are interested, in a settlement resolution, then you're allowed, to think that it's, positioned by the government. Well, so is their answer, these are going to do, any settlement at all, we have to accept that, because they won't agree, to anything other than, dismissing without prejudice. I think that, that is a very real, possibility, and we see that, and the other option, would be to go forward, at trial, and that's a risky proposition, for defendants as well, with the exclusion, and department, and then at that point, you're facing terrible damages, whereas typically, if you settle, the government tends, to go down a little bit, on their damages, and wishes.  there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's, there's there's, there's, there's, there's, I
judges: Siler, Tallman, Bea